**Below is the Order of the Court.**



_____
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **HAYWARD, Sharene Desiree,** Debtor. | Number 22-41648 |
| **HAYWARD, Sharene Desiree,** Plaintiff, **v.** **SALISHAN THREE LLC,** Defendant. | Adversary Number: 23-04002  **DECLARATORY JUDGMENT** |

THIS MATTER having come on regularly based upon Plaintiff's Motion for Judgment and the Court having reviewed the files and records herein and being otherwise fully advised in the premises,

It is ORDERED as follows:

1. The judgment owed Salishan Three LLC as more fully set forth in Plaintiff's Complaint be and the same is declared to be satisfied and no longer a lien on the Plaintiff's real property

DECLARATORY JUDGMENT - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

located at 6508 Homestead Avenue, Tacoma, Washington 98404 and is legally described as follows:

Property Tax Parcel/Account No: 2445220480

LOT 5 IN BLOCK 4 OF BERKELEY GROVES 3rd ADDITION, AS PER PLAT RECORDED IN VOLUME 38 OF PLATS, PAGES 44 AND 45, RECORDS OF PIERCE COUNTY AUDITOR; SITUATE IN THE CITY OF TACOMA, COUNTY OF PIERCE, STATE OF WASHINGTON.

2. The Judgment and Order of Unlawful Detainer and for Issuance of Writ of Restitution at issue is a Judgment entered on or about the 9th day of July 2019 in favor of Defendant, Salishan Three LLC, in Pierce County Superior Court Cause No. 19-2-08804-0. Said Judgment in the amount of $5,493.42 was assigned Judgment No. 19-9-5411-6 and has been satisfied and paid in full. A true and correct copy of said Judgment is attached to Declaratory Judgment and incorporated by reference

///END OF ORDER///

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier_
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

DECLARATORY JUDGMENT - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

FILED
IN COUNTY CLERK'S OFFICE

JUL 09 2019

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

FILED
PIERCE COUNTY SUPERIOR COURT
KEVIN STOCK
CLERK OF THE SUPERIOR COURT
TACOMA WA

19-2-08804-0

| Rcpt. Date | Acct. Date | Time |
|---|---|---|
| 07/09/2019 | 07/10/2019 | 02:13 PM |

| Receipt/Item # | Tran-Code | Docket-Code |
|---|---|---|
| 2019-05-05570/01 | 1110 | $FFRAF |

Cashier: DWO
Paid By: EISENHOWER, CARLSON
Transaction Amount: $20.00

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

SALISHAN THREE LLC, a Washington limited liability company,

    Plaintiff,

vs.

SHARENE D. HAYWARD, an individual,

    Defendant.

NO. 19-2-08804-0

JUDGMENT AND ORDER OF UNLAWFUL DETAINER AND FOR ISSUANCE OF WRIT OF RESTITUTION

[CLERK'S ACTION REQUIRED]

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Salishan Three LLC |
| Judgment Debtors: | Sharene D. Hayward |
| Principal Judgment (unpaid rent from 12/1/18 to 6/30/19 + Additional Charges due under Lease) | $ 4,482.42 |
| Attorneys' Fees: | $ ~~950.00~~ $50.00 KMD |
| Costs: | $ 461.00 |
| **TOTAL JUDGMENT:** | $ ~~5,893.42~~ $4,993.42 KMD |
| Post-Judgment Interest Rate: | 12.00% per annum |
| Attorneys for Judgment Creditor: | Hannah J. Cordell<br>Eisenhower Carlson PLLC<br>1201 Pacific Avenue, Suite 1200<br>Tacoma, WA 98402<br>Phone: (253) 620-2550 |

JUDGMENT AND ORDER OF UNLAWFUL DETAINER AND
FOR ISSUANCE OF WRIT OF RESTITUTION - 1



EISENHOWER CARLSON PLLC
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel (253) 620-2550
Fax (253) 272-5732
www.eisenhowerlaw.com

## ORDER

THIS MATTER, having come on regularly for hearing before the Court on this 9th day of July, 2019 and Defendant Sharene D. Hayward ("Defendant"), having previously been ordered to appear and show cause on this same date why a Writ of Restitution should not be issued restoring to Plaintiff, Salishan Three LLC ("Plaintiff") possession of the property described in the Complaint for Unlawful Detainer (the "Complaint") as 1825 East Harper Street, Tacoma, Pierce County, Washington 98404 (the "Premises"), and appearing *pro se* ~~OR through her attorneys~~ King _____; and Plaintiff appearing through its attorneys Eisenhower Carlson PLLC and Hannah J. Cordell; and this Court, having reviewed all pleadings and briefing filed in this action, and having examined the parties and witnesses present (if any), and entering its Findings of Fact and Conclusions of Law, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that there is no substantial issue of material fact of the right of Plaintiff to be granted relief as prayed for in the Complaint and provided for by statute; and it is further

**ORDERED, ADJUDGED AND DECREED** that Defendant Sharene D. Hayward is guilty of unlawful detainer and her tenancy of the described Premises is hereby terminated; and it is further [however, no physical eviction shall occur before July 24, 2019]

**ORDERED, ADJUDGED AND DECREED** that the Clerk of the above-entitled Court shall forthwith issue a Writ of Restitution in the manner provided by law, restoring to Plaintiff possession of the Premises described in the Complaint as 1825 East Harper Street, Tacoma, Pierce County, Washington 98404, provided that if return is not possible within ten (10) days, the return on this Writ shall be automatically extended for a second ten (10) day period, restoring to the Plaintiff the said described property described in the Complaint; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Sheriff shall be authorized to break and enter upon the property if necessary to execute the Writ of Restitution authorized by this Order; and it is further

JUDGMENT AND ORDER OF UNLAWFUL DETAINER AND
FOR ISSUANCE OF WRIT OF RESTITUTION - 2



EISENHOWER CARLSON
Attorneys at Law
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel (253) 620-2550
Fax (253) 272-5732
www.eisenhowerlaw.com

**ORDERED, ADJUDGED AND DECREED** that judgment is awarded to Plaintiff, Salishan Three LLC, and against Defendant, Sharene D. Hayward, in the total sum of ~~$5,893.42~~ $5,443.42 which is comprised of the following sums: $3,223.00 in unpaid rent from December 1, 2018 through June 30, 2019; $1,259.42 in Additional Charges due and owing under the Lease; ~~$950.00~~ $500.00 in attorneys' fees, which are found to be reasonable in this matter; and $461.00, which represents the sum of Plaintiff's costs and disbursements as a result of this unlawful detainer action.

DONE IN OPEN COURT this 9th day of July 2019.

_____
SUPERIOR COURT ~~JUDGE~~/COMMISSIONER

**CLARENCE HENDERSON JR.**

Presented by:

EISENHOWER CARLSON PLLC

Krista Blixrud WSBA #51139 for
_____
Neil A. Dial, WSBA No. 29599
Hannah J. Cordell, WSBA No. 48043
Attorneys for Salishan Three LLC
1201 Pacific Avenue, Suite 1200
Tacoma, Washington 98402
Telephone:  (253) 620-2550
Facsimile:  (253) 272-5732
E-Mail:  NDial@Eisenhowerlaw.com
E-Mail:  HCordell@Eisenhowerlaw.com

FILED
IN COUNTY CLERK'S OFFICE

JUL 0 9 2019

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

Approved as to form and substance by:

_____
Sharene D. Hayward, Defendant

JUDGMENT AND ORDER OF UNLAWFUL DETAINER AND
FOR ISSUANCE OF WRIT OF RESTITUTION - 3


EISENHOWER CARLSON PLLC
1201 Pacific Ave., Ste. 1200
Tacoma, WA 98402
Tel (253) 620-2550
Fax (253) 272-5732
www.eisenhowerlaw.com